ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:     (562) 435-2626
Telecopier:    (562) 437-7555
Email:         erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:     (415) 693-5566
Telecopier:    (415) 693-0410
Email:         contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MITSUI O.S.K. LINES, LTD. | ) Case No.: CV 10 5585 CRB |
|---|---|
| Plaintiff, | ) **STIPULATED CONDITIONAL** |
| vs. | ) **DISMISSAL WITH PREJUDICE;** |
| | ) ~~PROPOSED~~ **ORDER THEREON** |
| COHESION FREIGHT (HK) LIMITED and DOES 1 through 20, | ) |
| Defendants. | ) |

**STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE**

Plaintiff MITSUI O.S.K. LINES, LTD and defendant COHESION FREIGHT (HK) LIMITED hereby stipulate through their designated counsel that the above-captioned action should be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Such dismissal is subject to the settlement agreement between the parties and is effective and conditioned upon all

conditions of settlement being satisfied, and further that this action may be reinstated if they are not, and that this Court retains personal and subject matter jurisdiction to vacate the dismissal and to preside over a reinstated action, if applicable, and as otherwise necessary to enforce the terms of settlement and consistent herewith. The parties respectfully request that this document supersede the Order of Dismissal filed by this Court on December 14, 2011.

DATED: January 9, 2012

FLYNN, DELICH & WISE LLP

/s/
By: _____
    Erich P. Wise
    Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

DATED: January 9, 2012

CHALOS & CO., PC

/s/ (pursuant to electronic authority)
By: _____
    George Chalos
Attorneys for Defendant
COHESION FREIGHT (HK) LIMITED

## [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

DATED: January 11, 2012



_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
Case No.: CV 10 5585 CRB

(Sidebar: FLYNN, DELICH & WISE LLP, ATTORNEYS AT LAW, 343 SANSOME STREET, SUITE 540, SAN FRANCISCO, CALIFORNIA 94104, (415) 693-5566)