ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:	(562) 435-2626
Telecopier:	(562) 437-7555
Email:	erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:	(415) 693-5566
Telecopier:	(415) 693-0410
Email:	contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COHESION FREIGHT (HK) LIMITED and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No.: CV 10 5585 CRB<br><br>**STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER THEREON** |

**STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE**

Plaintiff MITSUI O.S.K. LINES, LTD and defendant COHESION FREIGHT (HK)

LIMITED hereby stipulate through their designated counsel that the above-captioned action

should be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Such dismissal is

subject to the settlement agreement between the parties and is effective and conditioned upon all

---

conditions of settlement being satisfied, and further that this action may be reinstated if they are not, and that this Court retains personal and subject matter jurisdiction to vacate the dismissal and to preside over a reinstated action, if applicable, and as otherwise necessary to enforce the terms of settlement and consistent herewith. The parties respectfully request that this document supersede the Order of Dismissal filed by this Court on December 14, 2011.

DATED: January 9, 2012                    FLYNN, DELICH & WISE LLP

                                          /s/
                                          By: _____
                                              Erich P. Wise
                                              Conte C. Cicala
                                          Attorneys for Plaintiff
                                          MITSUI O.S.K. LINES, LTD.

DATED: January 9, 2012                    CHALOS & CO., PC

                                          /s/ (pursuant to electronic authority)
                                          By: _____
                                              George Chalos
                                          Attorneys for Defendant
                                          COHESION FREIGHT (HK) LIMITED

### [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

DATED:  January 11, 2012



_____
UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer

-2-
STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
Case No.: CV 10 5585 CRB